UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA         :

       v.                         :

NETELLER PLC,                    :         S2 07 Cr. 0597 (PKC)

            Defendant.      :
------------------------------X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                            _____
                                            NETeller plc by Ronald Martin
                                            Chief Executive Officer and Director

                                            _____
                                            Witness

                                            _____
                                            Counsel for Defendant

Date:  New York, New York
        July 18, 2007

JUL 1 8 2007

0202